IN THE CIRCUIT COURT FOR WASHINGTON COUNTY

JENNIFER GORKA-DUBOISE
6021 LOCKHOUSE DRIVE
SHARPSBURG, MARYLAND 21782

   PLAINTIFF

v.

CSRS, INC.
15722 CRABBS BRANCH WAY
ROCKVILLE, MARYLAND 20855

  SERVE ON:
  HOWARD BELOFF
  15722 CRABBS BRANCH WAY, SUITE 2D
  ROCKVILLE, MD 20855

   DEFENDANT

CASE NO. 21-C-15-53865

## COMPLAINT

Plaintiff Jennifer Gorka-Duboise ("Plaintiff" or "Gorka-Duboise") by and through her attorneys, RC Law Group, PLLC, as and for its Complaint against Defendant CSRS Inc ("Defendant" or "CSRS Inc"), respectfully sets forth, complains and alleges, upon information and belief, the following:

### INTRODUCTION/PRELIMINARY STATEMENT

1. Plaintiff brings this action for damages and declaratory and injunctive relief arising from the Defendant's violation(s) of section 1692 et. seq. of Title 15 of the United States Code, commonly referred to as the Fair Debt Collections Practices Act ("FDCPA").

FILED
2015 APR 30 PM 1: 13
DENNIS J. WEAVER, CLERK
BY:_____

## PARTIES

2. Plaintiff is a resident of the State of Maryland, County of Washington, residing at 6021 Lockhouse Drive, Sharpsburg, MD 21782.

3. Defendant is a debt collector with an address at 15722 Crabbs Branch Way, Suite 2D, Rockville, MD, 20855.

4. CSRS Inc is a "debt collector" as the phrase is defined in 15 U.S.C. § 1692(a)(6) and used in the FDCPA.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as well as 15 U.S.C. § 1692 et. seq. and 28 U.S.C. § 2201. If applicable, the Court also has pendant jurisdiction over the State law claims in this action pursuant to 28 U.S.C. § 1367(a).

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

7. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully state herein with the same force and effect as if the same were set forth at length herein.

8. On information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt from the Plaintiff ("Alleged Debt").

9. This debt was incurred as a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

10. The reporting of a debt to a credit reporting agency by a debt collector is a communication covered by the FDCPA.

11. Defendant reported an alleged debt on the Plaintiff's credit report.

12. Plaintiff disputed this debt directly with the Defendant with a dispute letter on January 9, 2015.

13. Plaintiff examined her credit report again on February 23, 2015 and found that Defendant had not removed the credit account nor marked it as "disputed by consumer" despite being required to do so by the FDCPA.

14. As a result of Defendant's deceptive, misleading and unfair debt collection practices, Plaintiff has been damaged.

### FIRST CAUSE OF ACTION
(Violations of the FDCPA)

15. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully state herein with the same force and effect as if the same were set forth at length herein.

16. Defendant's debt collection efforts attempted and/or directed towards Plaintiff violate various provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692d, 1692e(2), 1692e(5), 1692e(8), and 1692f.

17. As a result of the Defendant's violations of the FDCPA, Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Jennifer Gorka-Duboise demands judgment from the Defendant CSRS Inc, as follows:

a) For actual damages provided and pursuant to 15 U.S.C. § 1692k(a)1;

b) For statutory damages provided and pursuant to 15 U.S.C. § 1692k(2)(A);

c) For attorney fees and costs provided and pursuant to 15 U.S.C. § 1692k(a)(3);

d) A declaration that the Defendants practices violated the FDCPA; and

e) For any such other and further relief, as well as further costs, expenses and disbursements of this action as this Court may deem just and proper.

Dated: April 27, 2015

Aryeh E. Stein, Esquire
Meridian Law, LLC
600 Reisterstown Road, Suite 700
Baltimore, MD 21208
Phone:    443-326-6011
Facsimile: 410-653-1061
astein@meridianlawfirm.com

and

Yaakov Saks, Esquire
RC Law Group, P.C.
285 Passaic Street
Hackensack, NJ, 07601
Phone    (201) 282-6500 ext 101
Facsimile (201) 282-6501
ysaks@rclawgroup.com

*Attorneys for Plaintiff*